UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

  vs.                                       Civil No. 2:06-cv-10347
                                             Honorable Nancy G. Edmunds

FORTY-FIVE THOUSAND FOUR HUNDRED
THIRTY- THREE DOLLARS AND SIXTY-FIVE
CENTS IN UNITED STATES CURRENCY
($45,433.65); AND FIFTY-NINE THOUSAND
EIGHT HUNDRED FIFTY DOLLARS IN UNITED
STATES CURRENCY ($59,850.00);AND EIGHTEEN
THOUSAND ONE HUNDRED TWELVE DOLLARS
AND NINETEEN CENTS IN UNITED STATES
CURRENCY ($18,112.19); AND THIRTEEN THOUSAND
NINE HUNDRED FOURTEEN DOLLARS AND
SIXTY -FOUR CENTS IN UNITED STATES
CURRENCY ($13,914.64); AND ONE 2001 CHEVROLET
CORVETTE CONVERTIBLE VIN: 1G1YY32GX15109635;
AND ONE 2002 LINCOLN LS, VIN: 1LNHM87A12Y628055;
AND ONE 2003 LINCOLN NAVIGATOR,
VIN: 5LMFU28R03LJ32720,

           Defendants.
_____/

**ORDER FOR PARTIAL LIFT OF STAY FOR THE LIMITED PURPOSE
OF ALLOWING THE INTERLOCUTORY SALE OF THE DEFENDANT VEHICLES**

This matter having come before this Court pursuant to the United States of America's Motion For Partial Lift of Stay For the Limited Purpose to Allow the Interlocutory Sales of the defendant vehicles enumerated above, and the Court being otherwise fully advised in the premises, now, therefore;

**IT IS HEREBY ORDERED** that:

1)  The defendant vehicles shall be sold by this court ordered interlocutory sale.

2)  The stay of this civil action shall be partially lifted for the limited purpose of allowing the interlocutory sale of the defendant vehicles.

3)  The U.S. Marshals Service (USMS) shall provide notice of the sale of the defendant vehicles.

4)  The defendant vehicles shall not be sold for less than two-thirds of their appraised value according to the NADA guide.

5)  The proceeds realized from the defendant vehicles shall be placed with the United States Marshals Service (USMS) account as substitute *res* for the vehicles in this civil forfeiture action and shall be held by the U.S. Marshals Service until further order by the Court.

**IT IS SO ORDERED.**

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: March 18, 2009

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 18, 2009, by electronic and/or ordinary mail.

s/Carol A. Hemeyer
Case Manager